UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

PAYCARGO FINANCE, LP

    Plaintiff,

vs.

                        CASE NO.: 21-cv-22326

ATLANTIC WORLDWIDE
SHIPPING, LLC and
AL SHAMALI INTERNATIONAL
FREIGHT SERVCIES, LLC
d/b/a ATLANTIC WORLDWIDE
SHIPPING LLC,

    Defendants.
_____

## COMPLAINT

Plaintiff, PAYCARGO FINANCE, LP (hereinafter referred to as "PCF") by and through its undersigned attorneys, sues Defendants, ATLANTIC WORLDWIDE SHIPPING, LLC and AL SHAMALI INTERNATIONAL FREIGHT SERVICES, LLC d/b/a ATLANTIC WORLDWIDE SHIPPING LLC and alleges:

## JURISDICTION AND VENUE

1. PCF is a Delaware limited partnership with its principal offices located in Coral Gables, Florida.

2. Defendant, ATLANTIC WORLDWIDE SHIPPING, LLC (hereinafter "AWS") is Texas limited liability company with its principal place of business in Houston, Texas. Upon information and belief, none of its members reside in the State of Florida.

3. Defendant AL SHAMALI INTERNATIONAL FREIGHT SERVICES, LLC (hereinafter "ASIFS") is, upon information and belief, an alien limited liability company, with headquarters in Dubai, U.A.E. Upon information and belief, none of its members reside in

      the State of Florida.

4. This Court has jurisdiction based upon 28 U.S.C § 1332, as it is an action between citizens of different states and an alien and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

5. This Court has personal jurisdiction over Defendant AWS since it expressly consented to personal jurisdiction and venue in the federal and state courts of Miami-Dade County, Florida.

6. This Court has personal jurisdiction over Defendant ASIFS since it is registered to do business as "Atlantic Worldwide Shipping, LLC" with the United States Federal Maritime Commission. Upon information and belief, ASIFS has designated AWS as its agent for service of process and as such is subject to personal jurisdiction and venue in this Court.

## FACTUAL BACKGROUND

7. Plaintiff specializes in advancing funds to its customers for payment to ocean carriers for the transportation of cargo.

8. Defendant AWS acts as an ocean freight forwarder and as agent of the non-vessel operating common carrier, ASIFS, and in this capacity books space upon ocean vessels for the transportation of their customers' cargo.

9. To facilitate such payment, Defendant AWS borrowed significant funds from Plaintiff.

10. At the inception of the relationship, AWS represented to Plaintiff that it was part of the group ASIFS.

11. Plaintiff relied upon these representations in agreeing to extend credit to AWS.

12. Upon information and belief, AWS utilized these funds on behalf of ASIFS.

13. AWS thereafter was delinquent on several repayments of said loans.

14. As of the date of the filing of this lawsuit, Defendants owe to Plaintiff the amount of

$751,099.19, exclusive of attorney's fees.

15. Specifically, on or about July 28, 2020, Priji Kumar Sasidharan, the managing director of both AWS and ASIFS, executed that certain Revolving Credit Note, Security Agreement and Letter of Indemnity, under the terms of which Plaintiff agreed to loan to Defendants and Defendants agreed to pay Plaintiff the original principal amount of $1,000,000.00, plus interest and other charges as provided therein (hereinafter the "Loan Agreement").

16. Upon information and belief, AWS executed the Loan Agreement on behalf of, and for the use and benefit of, ASIFS.

17. One or more events of default occurred have occurred under the Loan Agreement.

18. Notwithstanding notice and demand, Defendants have failed to cure such defaults.

19. Defendants have breached the terms of the Loan Agreements, said breaches being a proximate cause of damages to Plaintiff in an amount in excess of the minimum jurisdictional limits of this Court, for which Plaintiff here sues.

20. Due to the payment defaults of Defendants, Plaintiff has accelerated the remaining balance due on the Agreements and demanded payment of the same from Defendants.

21. Despite the acceleration of the balance due on the Agreements, and demand for the payment of same, Defendants have failed and refused to pay Plaintiff the balance due.

22. The Loan Agreement contains provisions providing that the Loan Agreement was executed in the State of Florida and that Defendant consented to the jurisdiction in this Court for any matter arising under the Agreements.

23. All conditions precedent in this action have been met or waived.

## COUNT I – BREACH OF CONTRACT

24. Plaintiff repeats and reiterates the allegations contained in each of the foregoing paragraphs as if set forth fully herein.

25. The Loan Agreement is a binding and enforceable contract containing mutually exchanged promises supported by adequate consideration.

26. At all times relevant to this action, Plaintiff performed all of its obligations, if any, under the Loan Agreement.

27. Defendant have breached the Loan Agreement by, <u>inter</u> <u>alia</u>, unjustifiably failing to perform the material obligations thereunder, including but not limited to, failing to make prompt and necessary payments to Plaintiff.

28. As a proximate result of the breach, Plaintiff has suffered injury and damage as of June 24, 2021, in the amount of $751,099.19, and attorney's fees and costs, all of which continue to accrue.

29. Pursuant to the terms of the Loan Agreement, Plaintiff is entitled to interest, attorney's fees and costs as a result of Defendants' defaults thereunder.

**WHEREFORE**, Plaintiff Paycargo Finance, LP requests this Honorable Court to enter judgment in its favor and against the defendants, jointly and severally, for the sum of $751,099.19, and all damages incurred by Plaintiff with respect to this action, including attorney's fees, costs and such other and further relief as this Court deems just and proper.

Dated: June 24, 2021, in Miami, Florida

Respectfully submitted,

**SPECTOR RUBIN, P.A.**

By: <u>/s/ Robert M. Borak</u>
Robert M. Borak (FBN: 015923)
Continental Plaza
3250 Mary Street, Ste. 405
Miami, Florida 33133
Telephone: (305) 537-2000
Facsimile: (305) 537-2001
robert.borak@spectorrubin.com
*Counsel for Plaintiff*