UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

PAYCARGO FINANCE, LP

    Plaintiff,

vs.

CASE NO.: 21-cv-22326

ATLANTIC WORLDWIDE
SHIPPING, LLC and
AL SHAMALI INTERNATIONAL
FREIGHT SERVICES, LLC
d/b/a ATLANTIC WORLDWIDE
SHIPPING LLC,

    Defendants.
_____ /

## MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT

COMES NOW, Plaintiff, PAYCARGO FINANCE, LP, by and through its undersigned counsel, and hereby moves this Honorable Court for entry of a Default Final Judgment against Defendant, AL SHAMALI INTERNATIONAL FREIGHT SERVICES, LLC d/b/a ATLANTIC WORLDWIDE SHIPPING LLC, and states as follows:

1. That Plaintiff filed its Complaint on June 24, 2021.
2. That Defendant was served with the summons and Complaint on July 20, 2021.
3. That Defendant's response was due on or before August 10, 2021.
4. That Defendant has failed to respond to the Complaint or filed any paper in this matter.
5. That the Clerk of Court entered Default on August 17, 2021.
6. That all facts and legal assertions as set forth in the Complaint are deemed to be true.

7. That Plaintiff has suffered monetary damages in a liquidated sum in the amount of $756,625.00, exclusive of interests, costs and attorney's fees, as set forth in the sworn Declaration and Statement attached hereto.

8. That the instant damages as alleged in the Complaint are liquidated and undisputed.

9. The Clerk may enter Final Judgment in accordance with Fed. R. Civ. P. 55(b)(1).

10. That liability having been established and defenses having been waived, plaintiff is entitled to the entry of judgment.

11. That all factual allegations are deemed true, and liability has been established by rule and operation of law.

12. That all conditions precedent have been met, waived, and /or excused.

**WHEREFORE**, Plaintiff, respectfully requests that the Clerk of Court enter a Default Final Judgment, in the form attached hereto, for damages in the sum of $756,625.00, and for any other relief this court deems just and proper.

Dated: August 20, 2021, in Miami, Florida

Respectfully submitted,

**SPECTOR RUBIN, P.A.**

By: */s/ Robert M. Borak*
Robert M. Borak (FBN: 015923)
Continental Plaza
3250 Mary Street, Ste. 405
Miami, Florida 33133
Telephone: (305) 537-2000
Facsimile: (305) 537-2001
robert.borak@spectorrubin.com
*Counsel for Plaintiff*