## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

PAYCARGO FINANCE, LP

     Plaintiff,

                            CASE NO.: 21-cv-22326

vs.

ATLANTIC WORLDWIDE
SHIPPING, LLC and
AL SHAMALI INTERNATIONAL
FREIGHT SERVICES, LLC
d/b/a ATLANTIC WORLDWIDE
SHIPPING LLC,

     Defendants.

_____ /

## RESPONSE TO COURT'S ORDER TO SHOW CAUSE

COMES NOW, Plaintiff, PAYCARGO FINANCE, LP, by and through its undersigned counsel, and hereby files this, Response to the Court's Order to Show Cause [D.E. 10] and states as follows:

1. Plaintiff filed suit against Atlantic Worldwide Shipping, LLC on June 24, 2021.
2. Plaintiff effectuated service upon Atlantic Worldwide Shipping, LLC on July 20, 2021. [D.E. 13].
3. However, on August 3, 2021, Atlantic Worldwide Shipping, LLC filed a voluntary bankruptcy petition in the United States Bankruptcy Court for the Southern District of Texas, under Case No. 21-32642.
4. As such, due to the automatic stay, Plaintiff could not take any further action against in the United States Bankruptcy Court for the Southern District of Texas, under Case No. 21-32642.
5. Notably, Atlantic Worldwide Shipping, LLC, despite having received the Complaint, did not file a notice of Bankruptcy in this Court.  As such, plaintiff has now filed same. [D.E. 14]].
6. As such, since Atlantic Worldwide Shipping, LLC has been served and an automatic stay is in effect, it is respectfully submitted that good cause exists to avoid a dismissal as to Atlantic Worldwide Shipping, LLC.
7. It is noted that this matter is not stayed as to defendant Al Shamali International Freight Services, LLC, as that entity was not named in the bankruptcy proceeding and is, in fact, listed as a creditor.

Dated: November 22, 2021, in Miami, Florida     Respectfully submitted,

**SPECTOR RUBIN, P.A.**

By:     */s/ Robert M. Borak*
Robert M. Borak (FBN: 015923)
Continental Plaza
3250 Mary Street, Ste. 405
Miami, Florida 33133
Telephone: (305) 537-2000
Facsimile: (305) 537-2001
robert.borak@spectorrubin.com
*Counsel for Plaintiff*